THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Keyon Baxter
 Bowman, Appellant.
 
 
 

Appeal From Orangeburg County
Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-366
Submitted July 1, 2008  Filed July 11,
 2008
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Keyon Baxter Bowman appeals his
 conviction and sentence for assault and battery of a high and aggravated nature
 and armed robbery and his sentence under an Alford[1] plea for voluntary manslaughter.  On appeal, Bowman argues his guilty plea
 failed to comply with the mandates set forth in Boykin v. Alabama, 395
 U.S. 238 (1969), because the circuit court erred in apprising him of his rights
 in a colloquy that lasted less than two pages of the record.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[2] Bowmans appeal.  
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] North Carolina v. Alford, 400 U.S. 25 (1970).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.